IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYON ANDERSON,

    Plaintiff,               No. 2:10-cv-2833 LKK GGH PS

    vs.

MCM CONSTRUCTION, INC.,

    Defendant.              <u>ORDER</u>

_____/

        Defendant's motion to dismiss presently is calendared for hearing on August 30, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The August 30, 2012 hearing on the motion to dismiss, filed July 26, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: August 21, 2012

                        /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076:Anderson2833.vac2.wpd