UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON ANDERSON, | No. 2:10-cv-2833 LKK GGH PS |
| Plaintiff, | |
| v. | ORDER |
| MCM CONSTRUCTION, INC., | |
| Defendant. | |

By order of September 25, 2013, the parties were directed to meet and confer with respect to plaintiff's motion to compel and to file a joint statement by October 10, 2013. A joint statement has not been filed; however, plaintiff has filed a letter indicating that he tried to schedule a meet and confer but was told it was unnecessary.[1] (ECF No. 50.) Defendant has not filed a response to this letter.

Accordingly, IT IS ORDERED that:

1. Within seven days of this order, defendant file shall file a response to plaintiff's October 11, 2013 letter explaining the reasons for the failure to meet and confer and file a joint statement. Failure to file a response will result in sanctions.

/////

/////

---

[1] To the extent that this letter requests summary judgment, it is denied as improperly noticed and briefed. See E.D. Local Rule 260.

1

1       2.  Plaintiff's motion for summary judgment, filed October 11, 2013, (ECF No. 50), is
2  denied without prejudice as defectively filed.
3  Dated:  October 17, 2013
4                                                      /s/ Gregory G. Hollows
5                                                      UNITED STATES MAGISTRATE JUDGE
6  GGH:076/Anderson2833.ord