1

2

3

4

5

6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYON ANDERSON,                            No.  2:10-cv-2833 LKK GGH PS

         Plaintiff,

    v.                                     ORDER

MCM CONSTRUCTION, INC.,

         Defendant.

       By order of September 25, 2013, the parties were directed to meet and confer with respect to plaintiff's motion to compel and to file a joint statement by October 10, 2013.  A joint statement has not been filed; however, plaintiff has filed a letter indicating that he tried to schedule a meet and confer but was told it was unnecessary.[1]  (ECF No. 50.)  Defendant has not filed a response to this letter.

       Accordingly, IT IS ORDERED that:

       1.  Within seven days of this order, defendant file shall file a response to plaintiff's October 11, 2013 letter explaining the reasons for the failure to meet and confer and file a joint statement.  Failure to file a response will result in sanctions.

/////

/////

---

[1]  To the extent that this letter requests summary judgment, it is denied as improperly noticed and briefed.  See E.D. Local Rule 260.

1

1          2.  Plaintiff's motion for summary judgment, filed October 11, 2013, (ECF No. 50), is

2    denied without prejudice as defectively filed.

3    Dated:  October 17, 2013

4                                                      /s/ Gregory G. Hollows

5                                                      UNITED STATES MAGISTRATE JUDGE

6    GGH:076/Anderson2833.ord