UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON ANDERSON, | No. 2:10-cv-2833 LKK GGH PS |
| Plaintiff, | |
| v. | ORDER |
| MCM CONSTRUCTION, INC., | |
| Defendant. | |

Plaintiff has filed a request for extension of time in which to file objections to the findings and recommendations issued December 3, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's January 2, 2014 motion for an extension of time is granted;

2. Plaintiff is granted until January 20, 2014 in which to file objections to this court's findings and recommendations. Defendant may file a reply within fourteen days thereafter.

Dated: January 5, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Anderson2833.eot2

1